

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

JOHNNY L. WHITTAKER, )
    Plaintiff, ) Civil Action No. 7:15-cv-00337
)
v. ) **DISMISSAL ORDER**
)
WILLIAM WILSON, ) By: Jackson L. Kiser
    Defendant(s). ) Senior United States District Judge

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 27th day of July, 2015.

                                       Senior United States District Judge